ACCEPTED
03-14-00801-CV
5932965
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/6/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00801-CV

IN THE THIRD COURT OF APPEALS
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/6/2015 9:47:49 AM
JEFFREY D. KYLE
Clerk

_____

THE UNIVERSITY OF TEXAS SYSTEM AND THE UNIVERSITY OF TEXAS
AT DALLAS
*Appellants,*
v.
KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS
*Appellee,*
v.
MARILYN CAMERON,
*Intervenor.*

_____

On Appeal from the 261st Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GV-11-001923
The Honorable Stephen Yelenosky, Judge Presiding

_____

**INTERVENOR'S MOTION FOR EXTENSION OF BRIEFING DEADLINE**
_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Appellee/Intervenor, Marilyn Cameron, files this *Intervenor's Motion for Extension of Briefing Deadline*, and in support will show the Court as follows:

a. Appellants' brief was due on May 5, 2015.
b. Appellee's, Attorney General, brief was due on June 10, 2015.
c. Appellants' reply brief was due on June 16, 2015.
d. Appellee/Intervenor's brief was due on the same date as the Attorney General's brief.

Due to the fact that Appellee/Intervenor is not a licensed lawyer, she

1 Intervenor's Motion for Extension of Briefing Deadline

believed that appellants and the appellee, Attorney General, were required to file initial briefs here. At most, the Intervenor believed that a reply brief was optional. And I must admit, access to the Internet can be problematic; days go by where I'm unable to connect online.

After communication with the clerk's office, Intervenor now sees that her obligation to file an initial brief had not be fulfilled. Intervenor, respectfully, apologizes to the Court and wishes to fulfill the obligation. The clerk's office has given Intervenor until July 6, 2015 to respond.

Intervenor, respectfully, requests that the Court grant more time to submit a relevant and intelligible brief. The Court's reminder was greatly appreciated and Intervenor will submit a brief, along with this motion on or before July 6, 2015. Should the brief not meet the requirements of Texas Rules of Appellate Procedure 38.2, the Intervenor requests a 10-day extension to make changes. The requested extension is until July 16, 2015.

Intervenor has not requested an extension, to file a brief, before this date.

Respectfully submitted,

*/s/Marilyn Cameron*
Marilyn Cameron
18222 Outback Lakes
Humble, Texas 77346
Telephone: (713) 320-4092
mizcameron@yahoo.com
**Intervenor, Pro Se**

## CERTIFICATE OF CONFERENCE

Ms. Cameron has conferred with Ms. Mather and Ms. Fuchs and they are unopposed to the extension.

## CERTIFICATE OF SERVICE

I, faithfully, certify that on July 5, 2015, a correct copy of *Intervenor's Motion for Extension of Briefing Deadline* was served via e-service and/or email to the following:

H. Melissa Mather
Assistant Attorney General
Financial Litigation and Tax Division
P.O. Box 12548
Austin, Texas  78711-2548
Telephone:  (512) 475-2540
Fax:  (512) 477-2348
melissa.mather@texasattorneygeneral.gov
**Attorney for the University of Texas System**
**And the University of Texas at Dallas**

Kimberly Fuchs
Chief, Open Records Litigation
Administrative Law Division
P.O. Box 12548
Austin, Texas  78711-2548
Telephone:  (512) 475-4195
Fax:  (512) 320-0167
kimberly.fuchs@texasattorneygeneral.gov
**Attorney for Appellee, Attorney General**

*/s/ Marilyn Cameron*
Marilyn Cameron